1   JEFFER, MANGELS, BUTLER & MARMARO LLP
    MICHAEL J. HASSEN (Bar No. 124823 ),
2   mjh@jmbm.com
    CHRISTOPHER H. DOYLE (Bar No. 190016),
3   CHD@jmbm.com
    Two Embarcadero Center, Fifth Floor          NOTE: CHANGES MADE BY THE COURT
4   San Francisco, California  94111-3813
    Telephone:   (415) 398-8080
5   Facsimile:   (415) 398-5584

6   Attorneys for Defendant WILMINGTON FINANCE,
    INC.
7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10                             WESTERN DIVISION

11  NORMA UGARTE, an individual,          CASE NO.   CV09-04623 VBF (CTx)

12              Plaintiff,                **JUDGMENT**

13         v.
                                          Date:      March 1, 2010
14  QUALITY LOAN SERVICE                  Time:      1:30 p.m.
    CORPORATION, U.S. BANK                Dept:      Courtroom 9
15  NATIONAL ASSOCIATION,                 Judge:     Hon. Valerie Baker Fairbank
    WILMINGTON FINANCE, INC. and
16  DOES 1 through 20,

17              Defendants.

18

19          Defendant Wilmington Finance, Inc.'s Motion for Summary Judgment

20  on the Complaint filed by Plaintiff Norma Ugarte having been filed and read by the

21  Court, the Honorable Valerie Baker Fairbank Presiding, the evidence presented

22  having been considered, a decision having been duly rendered, and an Order Granting

23  Defendant Wilmington Finance, Inc.'s Motion for Summary Judgment having been

24  duly issued on March 1, 2010,

25          IT IS ORDERED and ADJUDGED:

26

27

28

PRINTED ON
RECYCLED PAPER

960228v1

1         1.    That Judgment is entered in favor of Defendant Wilmington

2   Finance, Inc. on the merits on all eighteen causes of action in the Complaint filed by

3   Plaintiff; and

4         2.    Plaintiff's Complaint is hereby dismissed with prejudice as to

5   Defendant Wilmington.

6

7   Dated:  March 1, 2010

8                    Hon. Valerie Baker Fairbank
    United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON

RECYCLED PAPER

960228v1

- 2 -   JUDGMENT